## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RONNIE CARL ROBINSON, SR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:25-cv-01141-MTS |
| ) | |
| MICHAEL SHEWMAKER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner's Motion to Proceed in Forma Pauperis and his certified inmate account statement show that he can pay the five-dollar ($5.00) filing fee in this matter. *See* 28 U.S.C. § 1914(a). For that reason, the Court will deny his Motion and require Petitioner to pay the filing fee in full to the Court within thirty days.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Ronnie Carl Robinson, Sr.'s Motion to Proceed in Forma Pauperis, Doc. [2], is **DENIED**. No later than **Monday**, **September 15, 2025**, Petitioner shall pay the five-dollar filing fee to the Clerk of Court. **If Petitioner fails to timely do so, the Court will dismiss this action without further notice.**

Dated this 14th day of August 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE